UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>              Plaintiff,<br><br>vs.<br><br>THE GRAMMY AWARDS ON CBS d/b/a The Recording Academy/National Academy of Recording Arts and Sciences (NARAS),<br><br>              Defendant. | Case No. CV-24-005-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in accordance with the order dated February 20, 2024 (Doc. 5), Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

      Dated this 20th day of February, 2024.

                                    TYLER P. GILMAN, CLERK

                                    By: <u>/s/ Sarah Nagy</u>
                                    Sarah Nagy, Deputy Clerk